# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

E-filing

Miguel Torres, S.A.,

v.

Torres de Anguix. S.L.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

C08-01288 BZ

TO: (Name and address of defendant)

Torres de Anguix. S.L.
La Tejera, s/n 09312-ANGUIX
Burgos, Spain

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

J. Scott Gerien
Dickenson, Peatman & Fogarty
809 Coombs Street
Napa, CA 94559

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE MAR - 5 2008

CYNTHIA LENAHAN

(BY) DEPUTY CLERK